MAYER BROWN LLP
ARCHIS A. PARASHARAMI (SBN 321661)
*aparasharami@mayerbrown.com*
MAYER BROWN LLP
575 Market Street, Suite 2500
San Francisco, CA 94105
Telephone: (415) 874-4230

DANIEL E. JONES (*pro hac vice to be filed*)
*djones@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000

*Attorneys for Defendants HRB Digital, LLC and HRB Tax Group, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

PEDRO RIOS, JR., and CHRISTIAN MARQUEZ, individually, and on behalf of those similarly situated,

Plaintiffs,

v.

HRB DIGITAL, LLC, a Delaware Corporation, HRB TAX GROUP, INC., a Missouri Corporation,

Defendants.

Case No. 3:25-cv-03530-EMC

Assigned to the Hon. Edward M. Chen

**DECLARATION OF BOBBIE CREW IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

Date: August 28, 2025
Time: 1:30 P.M.
Location: Courtroom 5, 17th Floor

**DECLARATION OF BOBBIE CREW IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION**

I, Bobbie Crew, declare as follows:

1. I either have personal knowledge of the facts and matters set forth below or I have determined that such facts and matters are true and correct on the basis of information from records kept in the ordinary course of business and/or information brought to my attention by individuals upon whom I regularly rely. If I were called as a witness in this matter, I could and would testify competently to each of the matters stated.

**My Role at H&R Block**

2. I have worked at H&R Block since September 2007. I am currently employed as a Senior Paralegal in the H&R Block Legal Department.

3. I am familiar with the process through which clients opt out of the arbitration agreement contained in the H&R Block Online Services Agreement. I am also familiar with how client opt outs are stored, preserved, and retrieved in H&R Block's records in the regular and ordinary course of business.

4. I am also familiar with how Notices of Dispute submitted by claimants or their counsel pursuant to the Online Services Agreement are stored, preserved, and retrieved in H&R Block's records in the regular and ordinary course of business.

**Plaintiffs Rios And Marquez Did Not Opt Out of Arbitration**

5. Attached as Exhibit 4 to the Declaration of Valerie Schuessler is a true and correct copy of the Online Services Agreement agreed to by Plaintiff Pedro Rios, Jr. ("Rios") on January 5, 2024 and agreed to by Plaintiff Christian Marquez ("Marquez") on January 26, 2024. That Online Services Agreement contained an opt out provision that allowed Rios and Marquez to opt out of arbitration within 30 days of accepting the Online Services Agreement by filling out an online form or mailing a simple letter. *See* Schuessler Decl., Exhibit 4, § 11. Neither Rios nor Marquez opted out of the arbitration agreement in the Online Services Agreement.[1]

---

[1] In each of the other years for which Rios and Marquez used H&R Block online tax filing services, the H&R Block Online Services Agreement contained a similar opt out provision, but neither Rios nor Marquez opted out.

**Notices Of Dispute Submitted On Behalf Of Plaintiffs Rios And Marquez**

6. According to H&R Block records, different law firms have submitted Notices of Dispute to H&R Block on behalf of each of the two Plaintiffs, Rios and Marquez.

*Rios*

7. Attached as **Exhibit 1** is a true and correct copy of a Notice of Dispute, dated August 4, 2023, submitted on behalf of Rios.

8. Attached as **Exhibit 2** is a true and correct copy of a Notice of Dispute, dated July 19, 2024, submitted on behalf of Rios.

9. Attached as **Exhibit 3** is a true and correct copy of a Notice of Dispute, dated September 26, 2024, submitted on behalf of Rios.

*Marquez*

10. Attached as **Exhibit 4** is a true and correct copy of a Notice of Dispute, dated March 16, 2023, submitted on behalf of Marquez.

11. Attached as **Exhibit 5** is a true and correct copy of a Notice of Dispute, dated July 18, 2024, submitted on behalf of Marquez.

12. Attached as **Exhibit 6** is a true and correct copy of a Notice of Dispute, dated September 18, 2024, submitted on behalf of Marquez.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of July, 2025.

Bobbie Crew