MAYER BROWN LLP
ARCHIS A. PARASHARAMI (SBN 321661)
*aparasharami@mayerbrown.com*
MAYER BROWN LLP
575 Market Street, Suite 2500
San Francisco, CA 94105
Telephone: (415) 874-4230

DANIEL E. JONES (*pro hac vice to be filed*)
*djones@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000

*Attorneys for Defendants HRB Digital, LLC and HRB Tax Group, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEDRO RIOS, JR., and CHRISTIAN MARQUEZ, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HRB DIGITAL, LLC, a Delaware Corporation, HRB TAX GROUP, INC., a Missouri Corporation,<br><br>Defendants. | Case No. 3:25-cv-03530-EMC<br><br>Assigned to the Hon. Edward M. Chen<br><br>**DECLARATION OF DANIEL MURDOCK IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>Date: August 28, 2025<br>Time: 1:30 P.M.<br>Location: Courtroom 5, 17th Floor |

**DECLARATION OF DANIEL MURDOCK IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION**

I, Daniel Murdock, declare as follows:

1. I have personal knowledge of the facts and matters set forth below or I have determined that such facts and matters are true and correct on the basis of information from records kept in the ordinary course of business and/or information brought to my attention by individuals upon whom I regularly rely. If I were called as a witness in this matter, I could and would testify competently to each of the matters stated.

**My Role at H&R Block**

2. I have worked at H&R Block since June of 2024. I am currently serving as Corporate Counsel. In that role, I am familiar with the Notices of Dispute that H&R Block has received from Zimmerman Reed on behalf of claimants that they purport to represent.

3. I am also familiar with how, in the regular and ordinary course of business, H&R Block maintains identifying information about customers who use H&R Block tax filing services, including through retail stores and online.

**The Zimmerman Reed Notices of Dispute**

4. To date, H&R Block has received 2,644 Notices of Dispute on behalf of claimants purporting to be represented by Zimmerman Reed. These Notices purport to assert claims on behalf of claimants who used H&R Block's online tax filing services during the 2021 or 2022 tax seasons to file their taxes.

5. At my direction, the company performed a review of the information provided by Zimmerman Reed in the Notices and compared that information to information in H&R Block records to identify which claimants are H&R Block customers, and which claimants used H&R Block's online tax filing services during the 2021 or 2022 tax seasons to file their taxes.

6. The review produced the following findings:

a. 8 of the Notices were duplicate notices, meaning Zimmerman Reed submitted duplicate Notices on behalf of these claimants;

b. 110 of the Notices were submitted on behalf of individuals who have never been an H&R Block customer, meaning H&R Block cannot locate any record of these individuals based on the information provided in the Notice;

c. 434 of the Notices were submitted on behalf of individuals who H&R Block was able to locate in its records, but whose records indicate they only obtained services through an H&R Block retail location or by using H&R Block's boxed (not online) software;

d. 63 of the Notices were submitted on behalf of individuals who H&R Block was able to locate in its records, but whose records indicate they never completed a tax filing transaction with H&R Block; and

e. 445 of the Notices were submitted on behalf of individuals who filed their taxes using H&R Block's online tax filing services, but not during the 2021 or 2022 tax seasons.

7. Based on the review just described, of the 2,644 total Notices of Dispute, 1,584 of the Notices (59.9%) were submitted on behalf of claimants who used H&R Block's online tax filing services during the 2021 or 2022 tax seasons to file their taxes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of July, 2025.

Daniel Murdock