# EXHIBIT 4

Monday, July 29, 2024

H&R Block-Legal Department
Attention: Notice of Dispute
One H&R Block Way
Kansas City, MO 64105

Re: Pre-Arbitration Notice of Dispute

To Whom It May Concern:

This letter is submitted as a written notice describing a dispute I have with HRB Digital, LLC and HRB Tax Group, Inc. ("H&R Block"), Google, LLC ("Google"), and Meta Platforms, Inc. ("Meta"), as well as any of their affiliates, and the desired resolution prior to commencing arbitration proceedings with the American Arbitration Association.

In 2021 and 2022, I used the H&R Block website (www.hrblock.com) to prepare and file my taxes online. As part of the tax preparation process, I was required to provide certain sensitive and personal financial and other information to H&R Block through its website.

It is my understanding that without my knowledge or consent, H&R Block embedded certain tracking tools from Meta and Google and/or other third parties on its website, which resulted in the unauthorized interception and disclosure of my personal and tax information to Meta, Google and/or other third parties. I allege that this conduct violates the Federal Wiretap Act (18 U.S.C. § 2510, et seq.), the California Invasion of Privacy Act (Cal Penal Code § 631, et seq.) ("CIPA"), and/or other state and federal laws.

The claims presented are based, in part, on the July 2023 report by the U.S. Senate finding that, "Through the Meta Pixel and Google's business tools, the tax prep companies investigated in this report," including H&R Block, "recklessly disclosed and misused the personal tax return information of potentially millions of taxpayers."

I am seeking all available relief for violations of these laws, including but not limited to: statutory damages; restitution; injunctive (public and private) and declaratory relief; reasonable attorneys' fees and costs; and all other relief that is just and equitable. The amounts sought for each violation are no less than the statutory damages allowed under the Wiretap Act ($10,000) and CIPA ($5,000).

I am represented by the law firm of Zimmerman Reed LLP. All communications and information regarding this matter should be directed to my attorneys and representatives at the address below instead of to my personal email or address:

**Zimmerman Reed LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
CLM@zimmreed.com

I request that H&R Block, Meta, Google and any of their affiliates immediately disclose to my counsel at Zimmerman Reed LLP: (1) all information related to me that was intercepted or shared between them through use of the tracking technologies and pixel codes employed; (2) fully describe in detail all arrangements, including contracts, that H&R Block, Meta, Google and any of their affiliates had to employ tracking technologies that could share consumers' (like mine) tax preparation information and data; (3) fully describe all uses of the information shared; (4) fully describe all compensation or other things of value, monetary or otherwise, that was exchanged between H&R Block, Meta, Google and any of their affiliates in

1

relation to the use of the tracking technologies employed; and (5) disclose all information provided to any person or agency in relation to the U.S. Senate Report, Attacks on Tax Privacy: How the Tax Prep Industry Enable Meta to Harvest Millions of Taxpayers' Sensitive Data, July 2023 (found at https://www.warren.senate.gov/imo/media/doc/Attacks%20on%20Tax%20Privacy_Final.pdf.)

To expedite resolution of my claim, I waive my personal participation in any pre-arbitration Informal Settlement Conference and authorize Zimmerman Reed LLP to appear on my behalf and represent me at any such conference and other proceedings. I instruct you to address all matters related to my claims, including those at any Informal Settlement Conference, directly with my attorneys. I object to any requirement that I personally participate in the Informal Settlement Conference. If required to personally appear, however, I will do so with my attorneys.

Through this notice, I inform you that I also object to any batched filing processes (Sec. 11.6) that may be imposed at any arbitration forum as unconscionable, unfair and inconsistent, among other things, and that will unduly delay the processing and resolution of my individual claims.

Finally, I ask that you immediately pay any and all fees and costs imposed by any arbitration forum, including the American Arbitration Association.

Sincerely,



**Name**
**Address**

**Telephone Number**
**Email**
**SSN**

2