# EXHIBIT 5

## Consent to Disclose Tax Information

Monday, July 29, 2024

H&R Block-Legal Department
Attention: Notice of Dispute
One H&R Block Way
Kansas City, MO 64105

Re: Consent to Disclose Tax Information to Attorneys

To Whom It May Concern:

The purpose of this letter is to authorize HRB Digital, LLC and HRB Tax Group, Inc. ("H&R Block") and any of their affiliates, as well as Meta Platforms Inc. ("Meta") and Google LLC ("Google) and their affiliates, to disclose my tax return information for 2021 and 2022 to my attorneys at Zimmerman Reed LLP to assist them in pursuing my claims against H&R Block, Google, and Meta, for the unauthorized interception and disclosure of my personal and tax information.

I authorize H&R Block, Meta, Google and any of their affiliates to disclose to Zimmerman Reed all tax return information, including, but not limited to, data I provided to H&R Block for tax preparation, for the relevant year(s) that Zimmerman Reed deems is necessary to pursue my claims. This would include, but is not limited to, disclosure of any information describing or related to the data tracking and sharing activities that H&R Block engaged in with Meta, Google and/or any other third-party as described in whole or part in the U.S. Senate Report, Attacks on Tax Privacy, How the Tax Prep Industry Enable Meta to Harvest Millions of Taxpayers' Sensitive Data, July 2023.

Sincerely,



**Name**
**Address**

**Telephone Number**
**Email**
**SSN**