# EXHIBIT 6

UNITED STATES
POSTAL SERVICE

September 28, 2024

Dear Reference  Ntc of Dispute to HR Block 1789 002:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9876 5487 2679 26**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | September 27, 2024, 3:35 pm |
| **Location:** | KANSAS CITY, MO 64108 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | ATTN Notice of Dispute H R Block Legal Departmen |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004