# EXHIBIT 8



October 17, 2024

**VIA UPS**

Caleb L. Marker
Zimmerman Reed LLP
6420 Wilshire Blvd., Suite 1080
Los Angeles, California 90048
caleb.marker@zimmreed.com

Re: Your Correspondence Dated September 20, 2024

Dear Mr. Marker:

I am Corporate Counsel for H&R Block. On September 27, 2024, H&R Block received a letter from you dated September 20, 2024, which purports to be a "Pre-Filing Notice of Dispute" on behalf of 2,481 putative claimants. Your effort to consolidate the alleged disputes of 2,481 individuals into one "Pre-Filing Notice of Dispute" does not conform with the terms of the Online Services Agreement ("OSA") between H&R Block and each of its clients.

As you are aware, each client who uses H&R Block's online tax preparation and filing service agrees to an OSA containing an arbitration agreement. While the terms of the OSAs can vary from year to year, the OSAs generally state that "all disputes and claims between you and the H&R Block Parties shall be resolved through binding individual arbitration." *See, e.g.*, Tax Year 2022 OSA § 11.1 (attached). The OSAs require that "[a] party who intends to seek arbitration must first mail a written Notice of Dispute ('Notice') to the other party," and that such notice "must be on an individual basis." *Id.* § 11.2(A). In addition, the OSAs provide that "[y]ou and the H&R Block Parties also agree that each may bring claims against the other in arbitration only in your or their respective individual capacities and in so doing you and the H&R Block Parties hereby waive the right . . . to assert or participate in . . . any . . . joint or consolidated arbitration of any kind." *Id.* at § 11.4.

Accordingly, the purported consolidated "Pre-Filing Notice of Dispute" you sent on behalf of 2,481 putative claimants is improper and ineffective.

While less clear, your letter also seems to have contemplated a single "Informal Settlement Conference" for all 2,481 putative claimants and without personal participation by the claimants. This also is inconsistent with the parties' agreement not to pursue claims on a joint or consolidated basis and violates other essential terms of the agreements. The OSAs provide that either party "may request an individualized discussion . . . regarding informal resolution of the dispute" and that the claimant and H&R Block's representative "must both personally participate in a good-



faith effort to settle the dispute without the need to proceed with arbitration." *Id.* at § 11.2(B). This requirement "may be waived only if both you and we agree in writing." *Id.* H&R Block values the informal resolution process, including personal participation by the claimant in that process.[1]

To the extent any of the 2,481 putative claimants referenced in your letter wishes to proceed with an individualized claim, please submit a mailed Notice on an individual basis and in compliance with the other terms stated in that claimant's applicable OSA. Any such Notice may be mailed to H&R Block-Legal Department, Attention: Notice of Dispute, One H&R Block Way, Kansas City, MO 64105.

This letter is not intended to waive any rights. H&R Block hereby expressly reserves all rights.

Sincerely,

*SKT*

Shruti K. Tejwani
Corporate Counsel

---

[1] Please note that, while a claimant is not required to have an attorney participate in an informal settlement conference, if a claimant chooses to do so, we are required by law to obtain a signed consent from the claimant (and any joint taxpayer) authorizing us to discuss the claimant's tax and account information with a third party, including their attorney. For your reference, I am attaching a sample copy.

One H&R Block Way | Kansas City, MO 64105 | HRB_Legal@hrblock.com

## DISCLOSURE OF TAX RETURN INFORMATION
## CONSENT AND AUTHORIZATION

This consent is entered into by the undersigned taxpayer(s) ("you" or "I" or "my" or "Taxpayer") in connection with your use of H&R Block tax preparation products or services.

If you sign this form and check the box below, you authorize H&R Block to disclose your tax return information for the designated purpose. Insert a check mark in the corresponding box if you consent.

| ☐ | I authorize H&R Block to disclose to [Insert Name] my tax return information in relation to the Notice of Dispute sent by [Insert Name] on my behalf to H&R Block. |
|---|---|

Federal law requires this consent form be provided to you. Unless authorized by law, H&R Block cannot disclose your tax return information to third parties for purposes other than the preparation and filing of your tax return without your consent. If you consent to the disclosure of your tax return information, Federal law may not protect your tax return information from further use or distribution.

You are not required to complete this form to engage H&R Block's tax return preparation services. If H&R Block obtains your signature on this form by conditioning H&R Block's tax return preparation services on your consent, your consent will not be valid. If you agree to the disclosure of your tax return information, your consent is valid for the amount of time that you specify. If you do not specify the duration of your consent, your consent is valid for one year from the date of signature.

If you believe your tax return information has been disclosed or used improperly in a manner unauthorized by law or without your permission, you may contact the Treasury Inspector General for Tax Administration (TIGTA) by telephone at 1-800-366-4484, or by email at *complaints@tigta.treas.gov*.

**By signing below, you authorize H&R Block to disclose your tax return information for the purposes you've authorized above.**

Taxpayer Signature: _____   Date: _____

Name (print): _____


(if "Married Filing Jointly")

Spouse's Signature: _____   Date: _____

Name (print): _____


WITNESSED: _____   _____
                        Witness Signature                     Print Witness Name