# EXHIBIT 10



November 7, 2024

**VIA E-MAIL**

Caleb L. Marker
Zimmerman Reed LLP
6420 Wilshire Blvd., Suite 1080
Los Angeles, California 90048
caleb.marker@zimmreed.com

      Re: Your Correspondence Dated October 23, 2024

Dear Mr. Marker:

I am in receipt of your letter of October 23, 2024, in which you take the position that your previous letter dated September 20, 2024, which purports to be a "Pre-Filing Notice of Dispute" on behalf of 2,481 putative claimants, complies with the terms of the Online Services Agreements ("OSAs") between H&R Block and each of its clients. It remains H&R Block's position that your letter does not comply with the clear terms of the OSAs and does not give proper or effective notice of any claimant's dispute with H&R Block.

You state that your September 20 letter is sufficient because it provides "ShareFile links" to electronic files "H&R Block could access," which you state consist of 2,481 "Individual Pre-Arbitration Notices of Dispute" and "Individual Consents to Disclose Tax Information to Attorneys." The OSAs do not provide for notice of a claim to be given through "access" to electronic ShareFile links. Rather, as detailed in my letter of October 17, 2024, the OSAs require that "[a] party who intends to seek arbitration must first mail a written Notice of Dispute ('Notice') to the other party," and that such notice "must be on an individual basis." *Id.* § 11.2(A). A purported ShareFile link to 2,481 Notices of Dispute is not a mailed written Notice of Dispute made on an individual basis. Nor is it consistent with the parties' agreement in the OSAs that "[y]ou and the H&R Block Parties also agree that each may bring claims against the other in arbitration only in your or their respective individual capacities and in so doing you and the H&R Block Parties hereby waive the right . . . to assert or participate in . . . any . . . joint or consolidated arbitration of any kind." *Id.* at § 11.4.

To the extent any of the 2,481 putative claimants referenced in your letter wishes to proceed with a claim, please mail an individualized Notice of Dispute to H&R Block-Legal Department, Attention: Notice of Dispute, One H&R Block Way, Kansas City, MO 64105. We will review any Notices received and will work to set up Informal Settlement Conferences at mutually agreed upon times.

One H&R Block Way | Kansas City, MO 64105 | HRB_Legal@hrblock.com



Per the OSAs, claimant and H&R Block's representative "must both personally participate in a good-faith effort to settle the dispute without the need to proceed with arbitration." While not required, a claimant may choose to have an attorney also participate in their Informal Settlement Conference. In that case, we will need a signed consent from the claimant (and any joint taxpayer) authorizing us to discuss the claimant's tax and account information with the attorney.

Please note that applicable law and regulations provide for very specific language to be included in the signed consent. For this reason, we provide a sample copy (attached again here), which complies with all applicable requirements. While the consent form contemplates a handwritten signature, if desired, we can also accept an electronic signature provided it is completed through an identity verification platform, such as DocuSign, and includes the accompanying audit trail.

Finally, your letter contends that certain terms of the OSAs with respect to arbitration are "unconscionable and unfair" and "serve no purpose and are prejudicial," and you ask H&R Block to agree to the immediate filing of 2,481 claims in arbitration. H&R Block respectfully disagrees with your position, stands by all terms of the OSAs as fair and reasonable, and does not agree to waive or modify any terms of the OSAs.

This letter is not intended to waive any rights. H&R Block hereby expressly reserves all rights.

                                                      Sincerely,

                                                      *SKT*

                                              Shruti K. Tejwani
                                              Corporate Counsel

## DISCLOSURE OF TAX RETURN INFORMATION
## CONSENT AND AUTHORIZATION

This consent is entered into by the undersigned taxpayer(s) ("you" or "I" or "my" or "Taxpayer") in connection with your use of H&R Block tax preparation products or services.

If you sign this form and check the box below, you authorize H&R Block to disclose your tax return information for the designated purpose. Insert a check mark in the corresponding box if you consent.

| ☐ | I authorize H&R Block to disclose to [Insert Law Firm Name] my tax return information in relation to the Notice of Dispute sent by [Insert Law Firm Name] on my behalf to H&R Block. |
|---|---|

Federal law requires this consent form be provided to you. Unless authorized by law, H&R Block cannot disclose your tax return information to third parties for purposes other than the preparation and filing of your tax return without your consent. If you consent to the disclosure of your tax return information, Federal law may not protect your tax return information from further use or distribution.

You are not required to complete this form to engage H&R Block's tax return preparation services. If H&R Block obtains your signature on this form by conditioning H&R Block's tax return preparation services on your consent, your consent will not be valid. If you agree to the disclosure of your tax return information, your consent is valid for the amount of time that you specify. If you do not specify the duration of your consent, your consent is valid for one year from the date of signature.

If you believe your tax return information has been disclosed or used improperly in a manner unauthorized by law or without your permission, you may contact the Treasury Inspector General for Tax Administration (TIGTA) by telephone at 1-800-366-4484, or by email at *complaints@tigta.treas.gov*.

**By signing below, you authorize H&R Block to disclose your tax return information for the purposes you've authorized above.**

Taxpayer Signature: _____     Date: _____

Name (print): _____

(if "Married Filing Jointly")

Spouse's Signature: _____     Date: _____

Name (print): _____

WITNESSED: _____  _____
             Witness Signature           Print Witness Name