# EXHIBIT 13

# H&R BLOCK

December 6, 2024

**VIA E-MAIL**

Caleb L. Marker
Zimmerman Reed LLP
6420 Wilshire Blvd., Suite 1080
Los Angeles, California 90048
caleb.marker@zimmreed.com

      Re: Your Correspondence Dated October 4, 2024

Dear Mr. Marker:

Consistent with my letter to you dated December 5, 2024, and without waiving any rights and expressly reserving all rights, H&R Block agrees to accept service of the Notices of Dispute you sent on behalf of 166 claimants in your correspondence dated October 4, 2024. We will review the submissions and send responses, including requests for informal settlement conferences.

I look forward to working with you on these matters.

                                  Sincerely,

                                  *SKT*

                                Shruti K. Tejwani
                                Corporate Counsel