# EXHIBIT 14

 Outlook

**▓▓▓▓▓▓'s Notice of Dispute**

From  HRB_Legal <hrb_legal@hrblock.com>
Date  Wed 12/18/2024 9:58 AM
To    CLM <CLM@zimmreed.com>

📎 1 attachment (149 KB)
Zimmerman Disclosure of Tax Return Information Consent and Authorization.pdf;

**EXTERNAL EMAIL:** Use caution with requests, links, and attachments.

Dear Counsel:

I am Corporate Counsel for H&R Block. H&R Block is in receipt of a Notice of Dispute from you on behalf of ▓▓▓▓▓▓ ("Claimant"). H&R Block denies that it has engaged in the conduct set forth in the Notice of Dispute and denies that it is liable for the claims asserted in the Notice of Dispute.

Pursuant to the arbitration terms set forth in the H&R Block Online Services Agreement, I am writing to request an Informal Settlement Conference via telephone or videoconference between Claimant and H&R Block. H&R Block does not agree to waive either H&R Block's or Claimant's personal participation. As counsel for Claimant, you may also participate in the conference. For counsel to participate, we will need Claimant to sign a valid consent form, which is required by law to authorize us to discuss their confidential tax and account records with you. To the extent Claimant filed a joint tax return, we will also need the joint taxpayer to sign the consent form.

Please note that the consent form you submitted for Claimant is insufficient because it does not include mandatory language required by Internal Revenue Procedure 2013-14, section 5.04. I am enclosing a standard consent form, which complies with the Internal Revenue Procedure. Please submit a valid consent form for Claimant prior to the Informal Settlement Conference. You will see that the consent form contemplates a handwritten signature. If desired, we can also accept an electronic signature, provided it is completed through an identity verification platform, such as DocuSign, and includes the accompanying audit trail.

Please email the signed consent to me at HRB_Legal@hrblock.com. At that time, please also provide dates and times that would work for Claimant to schedule their Informal Settlement Conference. We will work to accommodate one of those times or provide alternative options if we are unable to do so.

Meanwhile, please take steps to ensure Claimant retains and does not alter, discard, or destroy potentially relevant documents, data, or things relating to this dispute, including but not limited to internet browser information; add-ons, extensions, and plug-ins, such as AdBlockers and scriptblockers; social media account histories and settings; and information relating to Claimant's use of H&R Block products and services.

H&R Block respectfully disagrees with your objections to the terms of the Online Services Agreement, including but not limited to the provisions regarding arbitration costs and arbitration of similar claims, and stands by the terms of the Online Services Agreement.

This email is not intended to waive any rights. All rights are hereby reserved.

We look forward to working with you on this matter.

Sincerely,

Shruti K. Tejwani
Corporate Counsel

NOTICE: This e-mail (and any attachments) may be confidential and proprietary. It is for the sole use of the intended recipient(s) and any use or disclosure by others is prohibited. If you are not the intended recipient(s), please notify the sender by return e-mail and delete all copies of this e-mail (and any attachments).