# EXHIBIT 15

**From:** Ryan Ellersick
**Sent:** Tuesday, January 7, 2025 5:45 PM
**To:** Durone, Anthony J. <█████████████████>
**Cc:** Caleb Marker <███████████████████; Hart Robinovitch█████████████████;
Gilman, Stacey R. <██████████████████>; Hannah Brown ██████████████████
**Subject:** RE: H&R Block

Tony,

We are in receipt of your letter sent earlier today contending that certain Claimants were not H&R Block customers. We would like to discuss this, so please let us know if you're available for a call tomorrow or Thursday. In the meantime, we would appreciate if you would provide us the names of any Claimants who you contend did not use H&R Block's online do it yourself tax preparation and filing services during the relevant years or otherwise were never clients of H&R Block.

Best,
Ryan

---

**From:** Durone, Anthony J. █████████████████
**Sent:** Tuesday, January 7, 2025 3:20 PM
**To:** Ryan Ellersick ██████████████
**Cc:** Caleb Marker ████████████████    Hart Robinovitch █████████████
Gilman, Stacey R. ████████████████
**Subject:** RE: H&R Block

EXTERNAL EMAIL: Use caution with requests, links, and attachments.

Ryan, please see the attached letter. I suggest that once you've had a chance to review, we talk again. Please let me know your availability once you do. Tony

*Anthony J. Durone*

BERKOWITZOLIVER LLP
**2600 Grand Boulevard, Suite 1200**
**Kansas City, MO 64108**
**Direct: 816-627-0217**
**Fax: 816-561-1888**
**www.berkowitzoliver.com**

---

**From:** Ryan Ellersick <████████████████████