# EXHIBIT 18

# COHEN, PLACITELLA & ROTH
## LAW OFFICES

A PROFESSIONAL CORPORATION
TWO COMMERCE SQUARE, 2001 MARKET STREET, SUITE 2900
PHILADELPHIA, PENNSYLVANIA 19103
(215) 567-3500   FAX (215) 567-6019   CPRLAW.COM

Eric S. Pasternack, Esquire
epasternack@cprlaw.com

August 13, 2024

**<u>VIA ECF</u>**
The Honorable Joel H. Slomsky, U.S.D.J.
United States District Cout
Eastern District of Pennsylvania
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE:   *Roni Sue Caimano v. HRB Digital, LLC*
         Civil Action No. 2:23-cv-03272

Dear Judge Slomsky:

     Plaintiffs Roni Sue Caimano and Frank LoVallo write to Your Honor to advise that on August 1, 2024, they filed demands for arbitration with the American Arbitration Association.

     Copies of those demands for arbitration are submitted herewith.

                                    Respectfully submitted,

                                    /s/ Eric S. Pasternack
                                    Eric S. Pasternack

Cc: All Counsel of Record (via ECF)

