# EXHIBIT 19

