**ZIMMERMAN REED LLP**
Ryan J. Ellersick (SBN 357560)
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel (877) 500-8780
Fax (877) 500-8781
ryan.ellersick@zimmreed.com

*Attorney for Plaintiffs and the Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RIOS, JR., and CHRISTIAN MARQUEZ, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HRB DIGITAL, LLC, a Delaware Corporation, HRB TAX GROUP, INC., a Missouri Corporation,<br><br>Defendants. | Case No. 3:25-cv-03530-EMC<br><br>**DECLARATION OF PLAINTIFF CHRISTIAN MARQUEZ IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY LITIGATION** |

1

DECL. OF PLAINTIFF CHRISTIAN MARQUEZ IN OPP. TO DEF.'S MOTION TO COMPEL

I, Christian Marquez, declare as follows:

1. I submit this declaration in opposition to the Motion to Compel Arbitration and Stay Litigation filed by HRB Digital, LLC and HRB Tax Group, Inc. ("H&R Block") in this case.

2. I have retained the law firm of Zimmerman Reed LLP to represent me in my dispute with H&R Block involving the disclosure of my tax information to third parties without my prior consent.

3. I have discharged another law firm that I previously retained in connection with my dispute against H&R Block. I am now proceeding solely with the legal representation of Zimmerman Reed.

4. I seek to have my legal claims resolved without delay. Despite previously retaining another law firm to present my claims against H&R Block in arbitration, my understanding is that my claims have not been filed in the arbitration forum and have not advanced towards an arbitration hearing. As a result, I am now seeking to present my claims in court.

5. I reviewed and approved the class action complaint filed in this case. I agreed to serve as a class representative because I believed the arbitration process was taking too long, I wanted to have my claim heard, and I wanted to help other impacted consumers have their claims heard without unnecessary delay.

6. I understand the class action complaint challenges: (1) unfair requirements in the H&R Block arbitration agreement, resulting in unnecessary delays; and (2) unfair business practices and privacy violations by H&R Block related to the disclosure of private tax information to third parties like Facebook and Google.

7. While I did not understand it at the time I filed my taxes online through H&R Block, I now understand that H&R Block's arbitration agreement limits the number of similar claims that a law firm can file for their clients in arbitration.

8. At the time I used H&R Block's services, I did not know about the privacy violations, my need for legal assistance, or the number of other clients any law firm I ultimately hired would have.

9. I do not think my rights should be affected by hiring a law firm with experience in the types of claims I have against H&R Block. It does not make sense to me to retain a law firm with little or no experience in these types of claims.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and
2  correct.
3  Executed this  07/31/2025  day of July, 2025.

*Christian Marquez*

3
DECL. OF PLAINTIFF CHRISTIAN MARQUEZ IN OPP. TO DEF.'S MOTION TO COMPEL