UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| PEDRO RIOS, JR., and CHRISTIAN MARQUEZ, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HRB DIGITAL, LLC, a Delaware Corporation, and HRB TAX GROUP, INC., a Missouri Corporation,<br><br>Defendants. | CASE NO.: 3:25-CV-03530 |

## DECLARATION OF SCOTT J. FALGOUST

I, Scott J. Falgoust, declare as follows:

1. I am a partner in the law firm of Milberg Coleman Bryson Phillips Grossman, LLC

2. My law firm represents thousands of clients with claims against HRB Digital, LLC and HRB Tax Group, Inc. ("H&R Block") arising from H&R Block's alleged disclosure of consumers' tax return information as described in the U.S. Senate report, "Attacks on Privacy: How the Tax Prep Industry Enabled Meta to Harvest Millions of Taxpayers' Sensitive Data."

3. In February 2024, pursuant to the H&R Block Online Services Agreements that purport to govern disputes between consumers and H&R Block, my firm filed Consumer Demands for Arbitration with the American Arbitration Association ("AAA") on behalf of 20 of our clients.

4. As of the date of this declaration, my firm is still litigating that first stage of 20 claims filed with the AAA over 18 months ago, with an anticipated completion date of the first stage being no earlier than October 1, 2025.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of August, 2025

_____
SCOTT J. FALGOUST