UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RIOS, JR., and CHRISTIAN MARQUEZ, individually, and on behalf of those similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>HRB DIGITAL, LLC, a Delaware Corporation, and HRB TAX GROUP, INC., a Missouri Corporation,<br><br>       Defendants. | CASE NO.: 3:25-CV-03530 |

## DECLARATION OF STEPHEN M. TILLERY

I, Stephen M. Tillery, declare as follows:

1.      I am a partner in the law firm of Korein Tillery, LLC.

2.      My law firm represents more than 25,000 clients with claims against HRB Digital, LLC and HRB Tax Group, Inc. ("H&R Block") arising from H&R Block's alleged disclosure of consumers' tax return information as described in the U.S. Senate report, "Attacks on Privacy: How the Tax Prep Industry Enabled Meta to Harvest Millions of Taxpayers' Sensitive Data."

3.      In October 2024, pursuant to the H&R Block Online Services Agreements that purport to govern disputes between consumers and H&R Block, my firm filed Consumer Demands for Arbitration with the American Arbitration Association ("AAA") on behalf of 10 of our clients.

4.      As of the date of this declaration, with the exception of one claim that was voluntarily dismissed, all of these claims remain pending before the AAA, with four arbitration hearings scheduled for mid-to-late November 2025 to mid-January 2026 and the others anticipated to be scheduled for February 2026 or later.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of August, 2025

_____
STEPHEN M. TILLERY